such a conclusion. We cannot say that the over-all plan and purpose is arbitrary or that. the preservation of the view from this bluff is not beneficial to the public welfare and interest.

Accordingly, the judgment of the trial court is reversed and the cause remanded with directions to proceed in a manner not inconsistent herewith.

Reversed and remanded.

TRAPP and SIMKINS, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DON M. MARYAN, Defendant-Appellant.

(No. 73-226;

Second District—September 17, 1974.

George Pease, Public Defender, of Waukegan (Michael J. Boyd, Assistant Public Defender, of counsel), for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz and Edward Morris, both of Model District State's Attorneys Office, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. ARTHUR LEE JARRETT, Defendant-Appellant.

(No. 73-59;

Second District—August 19, 1974.

*Rehearing denied October 9, 1974.*